Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

Midland Division

**FILED**

June 01, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ S. Trevino _____

DEPUTY

|  |  |  |
|---|---|---|
| ) | Case No. | **MO:21-CV-100-DC** |

*Plaintiff(s)*

John Allen Breckles

**-v-**

Jury Trial:   Yes ✓        No

*Defendant(s)*

City of Andrews, Texas In It's Official
Capacity; City of Andrews, Texas Police
Department, In It's Official Capacity; Justin
Alexander Escobar, Peace Officer,
In His Individual Capacity

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 18 U.S.C. 1983

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of  6

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        John Allen Breckles
Address     2115 North US Hiway 385, Space 15; Andrews, Texas 79714


Mailing Address


PO Box 1493, Andrews, Texas 79714


County Andrews
Telephone Number (432) 223_7340
E-Mail Address johnbreckles.4@gmail.com

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant,

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

City of Andrews, Texas,

In It's Official Capacity

Job or Title Local Government

Address     111 Logsdon St, Andrews, TX 79714

County Andrews

Telephone Number (432) 523-4820

E-Mail Address *(if known)*

Defendant No. 2

Name City of Andrews Police Department

In it's Official Capacity

Job or Title Local Law Enforcement Agency

Address 111 Logsdon St, Andrews, TX 79714

County Andrews

Telephone Number (432) 523-5675

E-Mail Address *(if known)*

Defendant No. 3

Name Justin Alexander Escobar,

In His Individual Capacity

Job or Title  Police Officer

Address 111 Logsdon St, Andrews, TX 79714

County Andrews

Telephone Number 432-523-5675

E-Mail Address *(if known)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**II.**  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

'Federal officials (a *Bivens* claim)

'State or local officials (a § 1983 claim) ✓

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal consti2tutional or statutory right(s) do you claim is/are being violated by state or local officials?

He was acting under:

Texas Penal Code:

Sec. 38.15.  INTERFERENCE WITH PUBLIC DUTIES.  (a)  A person commits an offense if the person with criminal negligence interrupts, disrupts, impedes, or otherwise interferes with:

(1)  A peace officer while the peace officer is performing a duty or exercising authority imposed or granted by law; And within the City Limits of Andrews, Texas and under the direct authority of the Andrews Police Department and the City of Andrews, Texas and the State of Texas
However, this same code states:
(d)  It is a defense to prosecution under this section that the interruption, disruption, impediment, or interference alleged consisted of speech only.
Not only were my actions protected under the Constitution's 1st Amendment "freedom of the press" and "freedom of speech" as well because this is how I choose to express myself when it comes to Law Enforcement.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed. A.     Where did the events giving rise to your claim(s) occur? In Andrews, Texas

Plaintiff's Statement:

On Noember 26, 2020 at or about 9 o'clock pm I (Plaintiff) approached a traffic stop located at 402 or 404 South Main in Andrews Texas. I was there approximately 5 seconds when the officer conducting the stop began telling me that if he had to divert his attention to me that I was interfering. This officer is none other than the defendant Justin Alexander Escobar. He returned to his patrol vehicle and called for backup even though there was a female officer on scene of which I didn't get name and badge number. A few minutes later, (about 3 minutes into the interaction) Officer Smyth Badge #211 of the Andrews Police Department arrived on scene. I have a video of these allegations in which I will present at trial unless the Court says otherwise. I would like to make note to the court that it will be difficult to present without the proper equipment to download it. I filed a complaint with the Police Chief and have never received a response from that as this date. I had sent several clips of this to him of which he acknowledged receipt of. I have emails that I will

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

present as evidence of that at trial. I am a citizen journalist who gathers matters of interest to the public and by him diverting my attention from recording his act8, he violated the 1st Amendment of the Constitution Freedom of the Press and 18 USC 242 Deprivation of Rights Under Color of Law. It is also in direct violation of Turner v. Driver 6th Circuit Court of Appeals February 16, 2017.

Before WIENER, CLEMENT, and HIGGINSON, Circuit Judges.

Plaintiff-Appellant Phillip Turner was video recording a Fort Worth police station from a public sidewalk across the street when Defendants-Appellees Officers Grinalds and Dyess approached him and asked him for identification. Turner refused to identify himself, and the officers ultimately handcuffed him and placed him in the back of a patrol car. The officers' supervisor, Defendant-Appellee Lieutenant Driver, arrived on scene and, after Driver checked with Grinalds and Dyess and talked with Turner, the officers released Turner. He filed suit against all three officers and the City of Fort Worth under 42 U.S.C. § 1983, alleging violations of his First and Fourth Amendment rights. Each officer filed a motion to dismiss, insisting that he was entitled to qualified immunity on Turner's claims. The district court granted the officers' motions, concluding that they were entitled to qualified immunity on all of Turner's claims against them. Turner timely appealed. We affirm in part and reverse and remand in part.

Mr. Escobar threatened to arrest me (Plaintiff) "if you don't back up!" from his traffic stop. I (Plaintiff) was at least FIFTY (50) feet from his traffic stop. It is the belief of the Plaintiff that this was intended to prevent the Plaintiff from recording what Defendant Justin Alexander Escobar was engaged in. The court will here the Plaintiff say in the accompanying video that "law says". However, since this interaction the Plaintiff has learned that there is no precedent governing this. Therefore it is the opinion of the Defendant that since there is no precedent that his actions were lawful and Defendant Justin Alexander Escobar was in clear violation of numerous federal statutes and rulings on the public photography of public servants and rulings on public photography.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

On Thursday, November 26, 2020

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
See section II B. above.

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not received. None

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am seeking punitive damages against Justin Alexander Escobar in the amount of $5,000,000.00 because he as a policeman decided that his assumed authority was greater than my Constitutional Rights.

I am seeking punitive damages against the City of Andrews Texas Police Department in the amount of $5,000,000.00 because Justin Alexander Escobar is a peace officer in their employ and as such represents the Andrews Police Department and the City of Andrews, Texas.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I am seeking punitive damages against the City of Andrews, Texas in the amount of $5,000,000.00 because Justin Alexander Escobar is a peace officer in their employ and as such represents the City of Andrews, Texas and The Andrews Police Department.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Respectfully submitted,

Date of signing: Sunday, May 30, 2021

Signature of Plaintiff:
John A. Breckles
Electronically Signed
Printed Name of Plaintiff
John A. Breckles